USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
ARTEMIO PEREZ BALDERAS, individually and
on behalf of others similarly situated,

                         Plaintiff,

           -against-

BARMADON MANAGEMENT LLC, et al.,
                       Defendants.
--------------------------------------------------------------X

17 **CIVIL** 7489 (GHW)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 19, 2019, Defendants' motion

for summary judgment is granted in part. Plaintiff's FLSA claims are dismissed with prejudice,

and his state law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        March 20, 2019

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**

        BY:

                                      **Deputy Clerk**